1 In re the Petition of A.R.S. and A.N.H., Appellees, For the Adoption of L.B., Jr., a Child, and Concerning L.B., Appellant. No. 21CA0216
Court of Appeals of Colorado, Second Division
October 22, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Adams
 County District Court No. 19JA265 Honorable Patrick H. Pugh,
 Judge
 
 
 
 OPINION
 
 
 
 ROMÁN, JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 Berger
 and Yun, JJ., concur